UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Stephen Jones, | ) <br> ) <br> ) |
| Plaintiff(s), | ) <br> ) |
| vs. | ) Case No. 18-cv-01161 <br> ) |
| Synergies3 TEC Services, LLC | ) <br> ) <br> ) |
| Defendant(s). | ) |

## NOTICE REQUESTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now plaintiff   Stephen Jones,   by and through its undersigned counsel, and hereby requests a hearing on its Motion for Temporary Restraining Order on   July 16, 2018 at   9:00 a.m.   or as soon thereafter as may be heard. Defendant   Synergies3 TEC Services, LLC   [✓] was notified [ ] was not notified  and  [ ] will appear [ ] will not appear.

_____
Signature (Counsel for Plaintiff/Defendant)
Print Name:   Mark Potashnick, E.D. Mo. # 41315MO
Address:   11500 Olive Blvd., Suite 133
City/State/Zip: St. Louis, MO 63141
Phone:   (314) 997-9150 ext. 2

Certificate of Service

I hereby certify that a true copy of the foregoing Notice Requesting Hearing on Motion for Temporary Restraining Order was served (by mail, by hand delivery, or by electronic notice) on all parties on: July 15    , 2018.

_____
Signature