# EXHIBIT 1

## CONSENT TO JOIN

I HEREBY CONSENT TO JOIN LITIGATION SEEKING UNPAID OVERTIME WAGES AGAINST SYNERGIES3 TEC SERVICES, LLC.

By joining this lawsuit, I designate the named Plaintiff as my representative, and to the fullest extent possible, to make decisions on my behalf concerning the case, the method and manner of conducting the case, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, the approval of settlements, and all other matters pertaining to this lawsuit. I understand that I will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by Weinhaus & Potashnick, Liberman, Goldstein & Karsh, The Grossman Law Firm and other attorneys with whom they may associate.

**11-20-2018**　　　　　　　　　　　　　**Cortez Bramlett**

Date: _____　　Signature: _____

　　　　　　　　　　　　　　　　　　**Cortez Bramlett**

　　　　　　　　　　　　　　　　　Printed Name: _____