**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-01161-JAR |
| | ) | |
| SYNERGIES3 TEC SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In light of the parties' stipulation of dismissal with prejudice (Doc. No. 50),

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own costs and fees.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 4th day of February, 2019.

1